```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

            CASE NO.  04-80090-CIV-COHN/SNOW
```

BRECKENRIDGE PHARMACEUTICAL, INC.,

       Plaintiff,

vs.

METABOLITE LABORATORIES, INC., et al.

       Defendants.

_____/

### O R D E R

THIS CAUSE is before the Court on counsel Kourtney Mueller's Motion to Appear *Pro Hac Vice* (DE 173).  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Kourtney Mueller, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the defendant **Metabolite Laboratories** in this cause; Jane Moscowitz, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of February, 2007.

                                          */s/ Lurana S. Snow*
                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

**SERVICE LIST**

CASE NO.   04-80090-CIV-COHN/SNOW

<u>BRECKENRIDGE PHARMACEUTICAL v. METABOLITE LABORATORIES, et al.</u>

_____

L.A. Perkins, Esq. (P, Counter-D Breckenridge and Local Counsel for
                    Landis, Gottschalk, Skakun, Wagner and Wiese)
John Landis, Esq. (P and Counter-D)
Mark Skakun, III, Esq. (P and Counter-D)
Louis Wagner, Esq. (P and Counter-D)
Philip Wiese, Esq. (P and Counter-D)
Jane Moscowitz, Esq. (D, Counter-Claimant and 3rd Party P -
                    Metabolite and Local Counsel for Whitehair,
                    Tessar, Beaton and Mueller)
J. Gregory, Whitehair, Esq. (D, Counter-Claimant and 3rd Party P -
                    Metabolite)
Amanda Tessar, Esq. (D, Counter-Claimant and 3rd Party P -
                    Metabolite)
Glenn Beaton, Esq. (D, Counter-Claimant and 3rd Party P -
                    Metabolite)
Kourtney Mueller, Esq. (D, Counter-Claimant and 3rd Party P -
                    Metabolite)